Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )     Criminal No. __1:04-cR-379__
                                  )
__Gerald Eiland, et al__          )     __Judge Lamberth__

## NOTICE OF APPEAL

FILED
9 2007

**Name and address of appellant:**   Gerald Eiland
District of Columbia Jail
1901-N St., S.E.
Washington, D.C. 20019

**Name and address of appellant's attorney:**
Kenneth M. Robinson
717-N St, NW # 400
Washington, D.C. 20004

**Offense:** CCE; RICO; PWID Cocaine, Heroin;

**Concise statement of judgment or order, giving date, and any sentence:** - Sentenced 11/28/07
Guilty counts 2, 3, 5, 6 & 16 - Sentence to Life without
parole, court costs, victim fund

**Name and institution where now confined, if not on bail:** D.C. Jail -- Washington, DC

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__11-28-07__
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                              YES [X]   NO [ ]
Has counsel ordered transcripts?                                    YES [X]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?          YES [X]   NO [ ]

(+) other issues